1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

5

6

7

8

Anthony Miles,

     Plaintiff(s),

v.

Warden Calvin Johnson, *et al*.,

     Defendant(s).

2:23-cv-00719-MMD-MDC

**<u>DISCOVERY PLAN AND SCHEDULING ORDER</u>**

9

10

11

12

13

14

    Pursuant to Local Rule 16-1(b), "in actions by or on behalf of inmates under 42 U.S.C. § 1983 ...no discovery plan is required," rather "a scheduling order [is] entered within thirty (30) days after the first defendant answers or otherwise appears."  This is an action brought under 42 U.S.C. § 1983. Defendant filed an answer on **February 12, 2024**, and a scheduling order has not yet been entered. Parties will make initial disclosures within **<u>30 days</u>** from the date of this Order and Discovery will be completed as set forth below.

15

    ACCORDINGLY,

16

    **IT IS ORDERED** that the following scheduling deadlines apply:

17

    1.   Parties shall make initial disclosures no later than **<u>Thursday, April 4, 2024</u>**.

18

19

    2.   Discovery:  Pursuant to LR 16-1(b) and LR 26-2, discovery in this action shall be completed on or before **<u>Monday, September 2, 2024.</u>**

20

21

22

23

    3.   Any pleadings that may be brought under Fed. R. Civ. P. 13 & 14 or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed and served not later than **<u>Tuesday, June 4, 2024.</u>** Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

24

25

4.      Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served not later than **Tuesday, June 4, 2024.**

5.      Expert disclosures shall be made on or before **Friday, July 5, 2024**, and the disclosures of rebuttal experts shall be made on or before **Monday, August 5, 2024**.

6.      Dispositive motions shall be filed and served no later than **Wednesday, October 2, 2024.**

7.      The joint pretrial order is due by **Friday, November 1, 2024**.  If dispositive motions are filed, the joint pretrial order is due thirty days from the entry of the court's rulings on the motions or by further order of the court.

8.      Extensions of discovery: Pursuant to LR 26-3, an extension of the discovery deadline will not be allowed without a showing of good cause.  All motions or stipulations to extend discovery shall be received by the Court at least twenty-one days prior to the date fixed for completion of discovery by this scheduling order, or at least twenty-one days prior to the expiration of any extension that may have been approved by the Court.  The motion or stipulation shall include:

(a) A statement specifying the discovery completed;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d) A proposed schedule for completing all remaining discovery.

DATED this 5th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge