**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Anthony Miles,

           Plaintiff(s),

vs.

Warden Calvin Johnson, et al.,

           Defendant(s).

2:23-cv-00719-MMD-MDC

**ORDER GRANTING MOTION**

Pending before the Court is plaintiff's *Motion for Leave to File Amended Complaint* ("Motion") (ECF No. 28). Defendants filed a *Non-opposition* (ECF No. 31) to the Motion.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion for Leave to File Amended Complaint* (ECF No. 28) is GRANTED.

2. The Proposed Amended Complaint (ECF No. 28) shall serve as the operative complaint.

3. The Office of the Attorney General shall either file a *Notice of Acceptance of Service* **or** file, **under seal**, the last known address defendant Nowell Granados by **April 15, 2025**.

4. If the Office of the Attorney General does **not** accept service on behalf of defendant Granados, plaintiff may file a motion requesting service by U.S. Marshals.

5. Failure to timely comply with this Order may result in a recommendation that this case be dismissed or other appropriate sanctions.

DATED this 26th day of March 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge