AARON D. FORD
 Attorney General
LEO T. HENDGES (Bar No. 16034)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Jaymie Cabera, Bob Faulkner*
*Nowell Granados, Calvin Johnson,*
*Thurston Moore, Gabriela Najera,*
*Nonilon Peret, James Scally,*
*and Julie Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MILES,<br><br>       Plaintiff,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>       Defendants. | Case No.  2:23-cv-00719-MMD-MDC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Plaintiff, Anthony Miles, *pro se*, and Defendants Jaymie Cabrera, Bob Faulkner, Nowell Granados, Calvin Johnson, Thurston Moore, Gabriela Najera, Nonilon Peret, James Scally, and Julie Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

1  The Parties have resolved this matter in its entirety, the terms of the agreement have been
2  satisfied, and the parties agree that the Court may accordingly close the case, with
3  prejudice. Any outstanding deadlines are considered moot.

DATED this 9th day of June, 2025.　　　　DATED this 5th day of June, 2025

　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ Anthony Miles　　　　　　　　　　　By: /s/ Leo T. Hendges
ANTHONY MILES #1250434　　　　　　　　LEO T. HENDGES (Bar No. 16034)
Plaintiff　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED June 24, 2025.

_____
UNITED STATES DISTRICT JUDGE